# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 09-3001

September Term, 2012

1:06-cr-00357-CKK-1

**Filed On:** September 21, 2012

United States of America,

      Appellee

      v.

Khan Mohammed,

      Appellant

**BEFORE:** Sentelle, Chief Judge, and Griffith and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed September 4, 2012, and the responses thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the sealed opinion filed September 4, 2012, be unsealed. The Clerk is directed to unseal the opinion and issue it publicly.

### Per Curiam

            **FOR THE COURT:**
            Mark J. Langer, Clerk

    BY:    /s/
            Jennifer M. Clark
            Deputy Clerk